Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mrounds@bhfs.com
    ayowell@bhfs.com

*Attorneys for Defendants*
*Metal Recovery Solutions, Inc.,*
*and Thom Seal, Ph.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEO-LOGIC ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>METAL RECOVERY SOLUTIONS, INC., a Nevada corporation, and THOM SEAL, PH.D., an individual,<br><br>Defendants. | CASE NO.: 3:17-cv-00563-MMD-WGC<br><br>**SUBSTITUTION OF COUNSEL** |

Defendants, Metal Recovery Solutions, Inc. and Thom Seal, Ph.D., hereby substitutes

Michael D. Rounds, Adam K. Yowell and the law offices of Brownstein Hyatt Farber Schreck,

LLP, as counsel of record in this matter in place of Marie M. Kerr and the law offices of Kerr IP

Group, LLC.

DATED this ____ day of September, 2019         *10/2/19*

Metal Recovery Solutions, Inc.

By: _Thom Seal, pres -_

Its: _president_

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

1

DATED this ____ day of September, 2019    10/2/19    Thom Seal, Ph.D.

By: _Thom Seal_____

## **ACCEPTANCE OF SUBSTITUTION**

Michael D. Rounds and Adam K. Yowell of Brownstein Hyatt Farber Schreck, LLP

hereby accepts appointment as counsel of record for Defendants, Metal Recovery Solutions, Inc.

and Thom Seal, Ph.D., in the above-captioned matter.

DATED this 4th day of October, 2019    BROWNSTEIN HYATT FARBER
                                        SCHRECK, LLP

_Michael D. Rounds_____

Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

///

///

///

///

///

///

///

///

///

///

///

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

1

## CONSENT TO SUBSTITUTION

2    Marie W.L. Martin, formerly Marie M. Kerr, hereby consents to the substitution of

3   Michael D. Rounds and Adam K. Yowell of Brownstein Hyatt Farber Schreck, LLP, in place as

4   counsel of record for Defendants, Metal Recovery Solutions, Inc. and Thom Seal, Ph.D., in the

5

6   above-captioned matter.

7   DATED this _3RD_ day of October, 2019

_____
Marie W.L. Martin
Nevada Bar No. 7808

8

9

10

11   **IT IS SO ORDERED.**

12   William M. Cobb

13   _____
   **UNITED STATES MAGISTRATE JUDGE**

14   **Dated:** ___October 7, 2019___

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT

FARBER SCHRECK, LLP, and on this 4th day of October, 2019, I served the document

entitled, **SUBSTITUTION OF COUNSEL**, on counsel of record through the CM/ECF system.


         _/s/    Jeff Tillison_____
         Employee of Brownstein Hyatt Farber
         Schreck, LLP