Rutan & Tucker, LLP
attorneys at law

2669/025147-0032
14327244 1 a10/23/19

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEO-LOGIC ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>METAL RECOVERY SOLUTIONS, INC., a Nevada corporation, and THOM SEAL, Ph.D., an individual,<br><br>Defendants. | Case No. 3:17-cv-00563-MMD-WGC<br><br>**ORDER RE GEO-LOGIC ASSOCIATES, INC.'S MOTION TO SEAL**<br><br>(Motion to Seal Exhibits and Declaration of Sayuri P. Espinosa Filed Herewith) |

/ / /

## [PROPOSED] ORDER

After considering the Motion of Plaintiff Geo-Logic Associates, Inc. to Seal Exhibits To The Declaration Of Edson K. McClellan ISO GLA's Opposition To Motion To Vacate, all supporting documents, and all papers submitted by the parties having been read, proper notice having been given, good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

Exhibits C through G, I and J to the Declaration Of Edson K. McClellan ISO GLA's Opposition To Motion To Vacate shall be sealed.

Dated: 12/27/2019

United States District Judge

Rutan & Tucker, LLP
attorneys at law

2669/025147-0032
14327244.1 a10/23/19

-2-

3:17-cv-00563-MMD-WGC
[PROPOSED] ORDER RE MOTION TO SEAL