BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775 324 4100

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEO-LOGIC ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>METAL RECOVERY SOLUTIONS, INC., a Nevada corporation, and THOM SEAL, PH.D., an individual,<br><br>Defendants. | CASE NO.: 3:17-cv-00563-MMD-WGC<br><br>**ORDER RE:**<br><br>**MOTION TO SEAL EXHIBIT E TO METAL RECOVERY SOLUTIONS, INC.'S REPLY TO GEO-LOGIC ASSOCIATES, INC.'S OPPOSITION TO MOTION TO VACATE-IN-PART SEPTEMBER 21, 2019 ARBITRATION AWARD** |

Pursuant to Local Rule IA 10-5, Defendant Metal Recovery Solutions, Inc. ("MRS") hereby moves for leave to file Exhibit E in support of Metal Recovery Solutions, Inc.'s Reply to Geo-Logic Associates, Inc.'s Opposition to Motion to Vacate-in-Part September 21, 2019 Arbitration Award (ECF No. 35) under seal. This Motion is based upon the same background and Points and Authorities set forth in my previous declaration (ECF No. 29-1) and MRS' previous Motion to Seal. ECF No. 29. MRS only moves to seal Ex. E, GLA's Response to Metal Recovery Solutions, Inc.'s Post-Hearing Arbitration Brief, which contains designated confidential business information of both parties produced pursuant to a Protective Order. ECF No. 29-1, ¶¶ 4-5.

1

For the reasons stated above, MRS requests that the Court grant its Motion to Seal the exhibit identified herein.

DATED: October 30, 2019          BROWNSTEIN HYATT FARBER SCHRECK, LLP

      /s/ Michael D. Rounds
Michael D. Rounds
Adam K. Yowell
5371 Kietzke Lane
Reno, Nevada 89511
*Attorneys for Defendants Metal Recovery Solutions, Inc. and Thom Seal, Ph.D.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**Dated:** 12/27/2019