1  Ronald P. Oines (State Bar No. 145016) (*Pro Hac Vice*)
   roines@rutan.com
2  Edson K. McClellan (State Bar No. 199541) (*Pro Hac Vice*)
   emcclellan@rutan.com
3  Kenneth J. Zielinski (State Bar No. 258555) (*Pro Hac Vice*)
   kzielinski@rutan.com
4  Sayuri P. Espinosa (State Bar No. 317279) (*Pro Hac Vice*)
   sespinosa@rutan.com
5  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
6  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
7  Facsimile:   714-546-9035

8  Louis M. Bubala III (Nevada State Bar No. 8974)
   lbubala@kcnvlaw.com
9  Kaempfer Crowell
   50 West Liberty Street, Suite 700
10 Reno, Nevada  89501
   Telephone:  775-398-4741
11 Facsimile:   775-327-2011

12 Attorneys for Plaintiff
   GEO-LOGIC ASSOCIATES, INC.
13

14                UNITED STATES DISTRICT COURT

15                    DISTRICT OF NEVADA

16 GEO-LOGIC ASSOCIATES, INC., a          Case No. 3:17-cv-00563-MMD-WGC
   California corporation,                **STIPULATION AND
17                                         ORDER REGARDING THE POST-
              Plaintiff,                   JUDGMENT INTEREST RATE**
18
       vs.
19
   METAL RECOVERY SOLUTIONS,
20 INC., a Nevada corporation, and THOM
   SEAL, Ph.D., an individual,
21
              Defendants.
22

23

24

25

26

27

28

Plaintiff GEO-LOGIC ASSOCIATES, INC. ("GLA") and defendant METAL RECOVERY SOLUTIONS, INC. ("MRS") stipulate as follows:

1.     On January 6, 2020, the Court confirmed an arbitration award in favor of GLA and against MRS (ECF No. 57) and entered judgment against MRS "in the amount of $2,037,586.00, plus prejudgment interest accruing from September 13, 2017 until the judgment is paid in full." (ECF No. 58).

2.     MRS has paid and partially satisfied the judgment in the amount of $146,030 plus appropriate interest.

3.     On February 14, 2020, in response to an application for a writ of execution, the Court filed a notice that "pursuant to 28 U.S.C. 1961, 18 U.S.C. 3612(f)(2) and 40 U.S.C 3116 the proper interest rate to be used is 1.23%" (ECF No. 85).  On March 4, 2020, in response to a  new motion for writ of execution stating a post-judgment interest rate of 1.23% (ECF No. 86), the Court entered an order stating that the new motion "reflects the correct interest rate" (ECF No. 88 at 2:9).

4.     In order to avoid unnecessary motion practice, the parties stipulate that 1.23% is not the applicable interest rate, but that 1.57% is the applicable interest rate for the following reasons.

5.     Post-judgment interest on civil judgments is controlled by 28 U.S.C. § 1961, which states in relevant part:  "interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."  28 U.S.C. § 1961(a).

6.     The interest rates distributed by the Director of the Administrative Office of the United States Courts state that the post-judgment rate for the calendar week preceding the filing of the complaint on September 13, 2017 (ECF No. 1), was 1.23% (week ending September 8, 2017).

7. The interest rates distributed by the Director of the Administrative Office of the United States Courts state that the post-judgment rate for the calendar week preceding the filing of the judgment on January 6, 2020, was 1.57% (week ending January 3, 2020).

8. The parties agree that the applicable post-judgment interest rate in this case is therefore 1.57%, based on the date of the filing of the judgment.

Dated: March 5, 2020

KAEMPFER CROWELL

By: /s/Louis M. Bubala III
Louis M. Bubala III

RUTAN & TUCKER, LLP

Ronald P. Oines
Edson K. McClellan
Kenneth J. Zielinski
Sayuri P. Espinosa

Attorneys for Plaintiff
Geo-Logic Associates, Inc.

Dated: March 5, 2020

BROWNSTEIN HYATT
FARBER SCHREK

By: /s/Adam Yowell
Michael D. Rounds
Adam Yowell

Attorneys for Defendant
Metal Recovery Solutions, Inc.

**IT IS SO ORDERED**

William G. Cobb

**U.S. MAGISTRATE JUDGE**

**Dated: March 9, 2020**