# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEO-LOGIC ASSOCIATES, INC. | Case No.: 3:17-cv-00563-MMD-WGC |
| Plaintiff, | **Minute Order** |
| v. | Re: ECF Nos. 91, 92, 94 |
| METAL RECOVERY SOLUTIONS, INC., et. al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>KAREN WALKER</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The previously filed motion for writ of execution and motion for writ of garnishment (ECF Nos. 91, 92) are **<u>DENIED AS MOOT</u>** as amended motions have been filed at ECF Nos. 96, 97. In addition, the motion to file a redacted version of the supplement to the motions (ECF No. 94) is **<u>GRANTED</u>** as good cause exists to redact the limited confidential information contained in the supplement.

**IT IS SO ORDERED**.

Dated: March 17, 2020.

DEBRA K. KEMPI, CLERK

By: _____/s/_____
                    Deputy Clerk